UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DONNA MONGIOVE, as Administratrix of the Estate of PETER MONGIOVE and YARINEL GONZALEZ, individually and on behalf of others similarly situated,

    Plaintiffs,

-against-

NATE'S CORP., SAND LANE PHARMACY CORP., VITACARE PHARMACY CORP., BORIS NATENZON, ANGELA NATENZON, BERNARD GLEZERMAN, and SIMON LORBERT,

Case No.: 15-cv-1024 (RML)

**STIPULATION AND ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendants, that the above-captioned action is hereby dismissed with prejudice pursuant to a settlement agreement.

**IT IS FURTHER STIPULATED AND AGREED,** that the United State District Court, Eastern District of New York, shall retain jurisdiction for purposes of enforcing the parties' settlement agreement.

**FISHER TAUBENFELD LLP**

By: _____

Michael Taubenfeld, Esq.
225 Broadway, Suite 1700
New York, New York 10007
*Attorneys for Plaintiffs*

**LANDMAN CORSI BALLAINE & FORD P.C.**

By: _____

Rebecca W. Embry, Esq.
120 Broadway, 27th Floor
New York, NY 10271
*Attorneys for Defendants*

SO ORDERED:

_____
Hon. Robert M. Levy, U.S.M.J.